AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Bradley Weeks | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Bradley Weeks_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(D)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/19/2021

2021.01.19 22:12:03 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/20/2021, and the person was arrested on *(date)* 01/21/2021
at *(city and state)* MACCLENNY, FLORIDA.

Date: 21 JAN 2021

FBI
*Arresting officer's signature*

JOSHUA A. MCLEOD, SPECIAL AGENT
*Printed name and title*