## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                            **Case No.: 21-MJ-127**

**BRADLEY WEEKS,**

     **Defendants.**

---

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, Bradley Weeks, by and through undersigned counsel and pursuant to LCrR 57.2(b), hereby moves this Honorable Court for its Order continuing the Status Hearing presently scheduled for March 29, 2021, at 1:00 p.m., for a period of sixty (60) days. In support thereof, Defendant states:

1.    Defendant is charged by criminal complaint with knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752(a)(1)-(2), and violent entry and disorderly conduct on Capitol grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)(G). (Dkt 1).

2.    At Defendant's Initial Appearance/Detention Hearing on January 26, 2021, the Court set a Status Hearing for March 29, 2021, at 1:00 p.m.

3.      Defendant has not yet received discovery from the Government. Undersigned counsel has conferred with Assistant United States Attorney Jamie Carter and has been advised that the initial round of discovery will be forthcoming in the near future. Given the status of the case, there is no need for a Status Hearing on March 29, 2021 and Defendant requests a continuance of the same.

4.      In so doing, Defendant waives his right to a speedy trial under 18 U.S.C § 3161(c)(1) for the period for which this continuance is sought, as the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial.

5.      Undersigned counsel has conferred with Assistant United States Attorney Jamie Carter and is authorized to represent that the Government does not oppose the relief requested herein.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the Status Hearing presently scheduled for March 29, 2021 for a period of sixty (60) days.

Respectfully submitted,

*Matt R Kachergus*

Wm. J. Sheppard, Esquire
Florida Bar No.:   109154
Elizabeth L. White, Esquire
Florida Bar No.:   314560
Matthew R. Kachergus, Esquire
Florida Bar No.:   503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:   055712
Jesse B. Wilkison, Esquire
Florida Bar No.:   118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio &
Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2‎4, 2021, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send

a notice of electronic filing to the following:

> **Gregory Paul Rosen, Assistant U.S. Attorney**
> **Jamie Carter, Assistant U.S. Attorney**
> **U.S. Attorney's Office for the District of Columbia**
> **555 Fourth Street, NW**
> **Washington, DC 20530**
>
> **and,**
>
> **Maurice Belmont Verstandig, Esquire**
> **The Verstandig Law Firm, LLC**
> **9812 Falls Road**
> **#114-160**
> **Potomac, MD 20854**

ATTORNEY

MRK/km[unopposed.mot.to.cont.status.hrg]

4